UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| STEVE ALLEN DILLON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| J.L. MILLS; N.C. JUDICIAL SYSTEM; ) | No. 4:16-CV-3-FL |
| PITT COUNTY SHERIFF DEPARTMENT; ) | |
| BEAUFORT COUNTY SHERIFF ) | |
| DEPARTMENT; BEAUFORT COUNTY ) | |
| JAIL; PITT COUNTY DISTRICT ) | |
| ATTORNEYS OFFICE; WITN 9; and ) | |
| GRAY BROADCASTING, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 2, 2016, and for the reasons set forth more specifically therein, that plaintiff's claims as asserted in the complaint and amended complaint are dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on June 2, 2016, and Copies To:**

Steve Allen Dillon (via U.S. Mail) 31100 Hwy 264, Belhaven, NC 27810

| | |
|---|---|
| June 2, 2016 | JULIE RICHARDS JOHNSTON, CLERK |
| | /s/ Christa N. Baker |
| | (By) Christa N. Baker, Deputy Clerk |